UNITED STATES of America, Plaintiff–Appellee,

v.

Tammy M. SCOTT, also known as Sealed Defendant 1, Defendant–Appellant.

No. 05–30914

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 24, 2006.

Richard B. Launey, Assistant U.S. Attorney, U.S. Attorney's Office, Middle District of Louisiana, Baton Rouge, LA, for Plaintiff–Appellee.

Joseph Kelsey Scott, III, Baton Rouge, LA, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

---

PER CURIAM: *

Tammy M. Scott challenges the 60–month sentence that was imposed following her conviction for three charges of distribution of cocaine base. She argues that counsel rendered ineffective assistance and that the district court erred by failing to sua sponte recognize counsel's deficiencies and to reduce her sentence accordingly.

We decline to review Scott's ineffective assistance claim in this direct appeal. *See United States v. Higdon,* 832 F.2d 312, 313–14 (5th Cir.1987). Scott's argument concerning the district court's purported failure to recognize counsel's deficiencies is unpersuasive. The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

